Laurette M. ECKER, as Adm'x, etc., Plaintiff-Appellant, v. BALTIMORE & OHIO RAILROAD COMPANY, Defendant-Appellee.

No. 116.

Circuit Court of Appeals, Second Circuit.

Dec. 9, 1938.

Gazan & Caldwell and Simone N. Gazan, all of New York City (John E. Purdy, of New York City, of counsel), for appellant.

Burlingham, Veeder, Clark & Hupper, of New York City (Ray Rood Allen and G. Hunter Merritt, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed in open court.

E. I. DUPONT DE NEMOURS & COMPANY, Petitioner-Appellant, v. Clarence Parshall BYRNES, as Trustee, etc., Respondent-Appellee.

No. 160.

Circuit Court of Appeals, Second Circuit.

Dec. 15, 1938.

Wm. S. Pritchard, of New York City, and Chester H. Biesterfeld and Arthur G. Connolly, both of Wilmington, Del., for appellant.

George Ramsay, of New York City (Charles F. Chisholm, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Reversed in open court and cause remanded to District Court with instructions to refer to a Master.

John M. EMERY, Owner of THE S. S. YALE, Libelant-Appellee, v. The S. S. CARISCO, Thames River Line, Inc., Claimant-Respondent-Appellant.

No. 22.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1938.

Purdy, Mason & Lamb, of New York City (John E. Purdy and Edmund F. Lamb, both of New York City, of counsel), for appellant.

Warner Pyne and Dudley C. Smith, both of New York City, for appellee.

Hill, Rivkins & Middleton, of New York City (Thomas H. Middleton, of New York City, of counsel), for New Britain-Gridley Machine Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decrees affirmed.